**AVENTIS PHARMA S.A. and Aventis Pharmaceuticals, Inc., Plaintiffs–Appellants,**

v.

**AMPHASTAR PHARMACEUTICALS, INC., Defendant–Appellee,**

and

**Teva Pharmaceuticals USA, Inc., Defendant–Appellee.**

transferred appeal from the 7th Circuit.

Aventis Pharma S.A. and Aventis Pharmaceuticals, Inc., Plaintiffs–Appellees,

v.

Amphastar Pharmaceuticals, Inc., Defendant–Appellant,

and

Teva Pharmaceuticals USA, Inc., Defendant.

No. 05–1513, 05–1539.

United States Court of Appeals, Federal Circuit.

Nov. 1, 2005.

### ORDER

Aventis Pharma S.A. et al. (Aventis) move to dismiss Amphastar Pharmaceuticals, Inc.'s appeal, 05–1539, of a claim construction ruling in *Aventis Pharma S.A. v. Amphastar Pharmaceuticals, Inc.*, 03–CV–887 (C.D.Cal. Oct. 21, 2004). Amphastar does not oppose.*

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Aventis' unopposed motion to dismiss Amphastar's appeal, 05–1539, is granted.

(2) All sides shall bear their own costs for 05–1539.

---

* We note that Amphastar states that it "does not oppose Aventis' Motion in so far as it seeks to dismiss Amphastar's Cross–Appeal without prejudice." However, it is not the practice of this court to dismiss with or without prejudice.